No. 04-02-00486-CR



EX PARTE Michael TUCKER



From the 186th Judicial District Court, Bexar County, Texas


Trial Court No. 2001-CR-4896


Honorable Sam Katz, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: November 20, 2002


DISMISSED FOR LACK OF JURISDICTION

 Appellant filed a pro se notice of appeal seeking to appeal the trial court's order denying his
writ of habeas corpus. Because our record does not contain a signed written order, we ordered
appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. See Elliott
v. State, 412 S.W.2d 320, 320 (Tex. Crim. App. 1967); Nikrasch v. State, 698 S.W.2d 443, 450 (Tex.
App.--Dallas 1985, no writ). On October 7, 2002, we struck appellant's pro se response because
appellant is represented by counsel on appeal and is not entitled to hybrid representation. Rudd v. 

State, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Appellant's counsel has not responded to our
order. The appeal is dismissed for lack of jurisdiction.

 PER CURIAM

DO NOT PUBLISH